05 - 439

AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District | Delaware |
|---|---|---|

| Name | Kelly Churchill | Prisoner No. 00378960 | Case No. |
|---|---|---|---|

Place of Confinement

Delaware Correctional Center, 1181 Paddock Rd., Smyrna, Delaware 19977

| Name of Petitioner (include name under which convicted) | Name of Respondent (authorized person having custody of petitioner) |
|---|---|
| Kelly Churchill | v. Thomas L. Carroll (Warden) |

The Attorney General of the State of: M. Anne Brady

## PETITION

1. Name and location of court which entered the judgment of conviction under attack  Superior Court of Kent County, Kent County Courthouse (38 The Green), Dover, Delaware 19901

2. Date of judgment of conviction  October 31, 2001

3. Length of sentence  Life in prison pursuant to 11 Del C §4214(b)

4. Nature of offense involved (all counts)  Delivery of Cocaine

JUN 27 2005
DISTRICT COURT
CT OF DELAWARE

5. What was your plea? (Check one)
   (a) Not guilty  ☒
   (b) Guilty  ☐
   (c) Nolo contendere  ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
   
   NONE

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury  ☒
   (b) Judge only  ☐

7. Did you testify at the trial?
   Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒ No ☐

(2)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

(a) Name of court __Supreme Court of the State of Delaware__

(b) Result __Affirmed__

(c) Date of result and citation, if known __November 20, 2002 (Churchill v. State, 812 A.2d 224 (2002))__

(d) Grounds raised __Trial Court Abuse of Discretion Denying Motion For Mistrial, Trial Court Committed Plain Error By Failing To Cure Prosecutorial Improper Comments__

(e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

(1) Name of court __NONE__

(2) Result __NONE__
__NONE__

(3) Date of result and citation, if known __NONE__

(4) Grounds raised __NONE__
__NONE__

(f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

(1) Name of court __NONE__

(2) Result __NONE__
__NONE__

(3) Date of result and citation, if known __NONE__

(4) Grounds raised __NONE__
__NONE__

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
Yes ☒ No ☐

11. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court __Superior Court of Kent County, Dover, Delaware 19901__

(2) Nature of proceeding __Post-Conviction__

(3) Grounds raised __Ineffective Assistance of Counsel Failing To Investigate And Prepare For Trial, Trial Court Committed Plain Error By Sentencing__

(3)

AO 241 (Rev. 5/85)

The Defendant for Trafficking In Cocaine, Insufficient Evidence to Substain A Conviction For Delivery Of Cocaine Or Trafficking In Cocaine.

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☒

(5) Result _____ Motion Denied _____

(6) Date of result _____ October 29, 2004 _____

(b) As to any second petition, application or motion give the same information:

(1) Name of court _____ Supreme Court Of The State Of Delaware _____

(2) Nature of proceeding _____ Post-Conviction Appeal _____

(3) Grounds raised _____ Same as sought in post-conviction motion _____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☒

(5) Result _____ Dismissed pursuant to Supreme Court Rule 29(b) _____

(6) Date of result _____ February 10, 2005 _____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.   Yes ☒   No ☐
(2) Second petition, etc.  Yes ☒   No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____
_____
_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
    CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
✓(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: Trial Counsel Was Ineffective In Preparing For Trial And Lack A Defense

Supporting FACTS (state *briefly* without citing cases or law) Trial counsel did not investigate into whether or not there were potential witnesses, take ample time to keep defendant appriesed of his case in law or facts and failed to have filed a pre-trial motion to have the defendant's charge dismissed for lack of evidence

B. Ground two: Insufficient Evidence To Substain A Conviction For Delivery Of Cocaine Or Trafficking In Cocaine.

Supporting FACTS (state *briefly* without citing cases or law): Argument Intertwined With Ground One

(5)

AO 241 (Rev. 5/85)

C. Ground three: NONE
NONE

Supporting FACTS (state *briefly* without citing cases or law): NONE

D. Ground four  NONE
NONE

Supporting FACTS (state *briefly* without citing cases or law): NONE

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: NONE

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☐   No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a) At preliminary hearing  Deborah L. Carey
Office of the Public Defender, 45 the Green, Dover, Delaware 19901

(b) At arraignment and plea  SAME

(6)

AO 241 (Rev. 5/85)

    (c) At trial _____ SAME _____

    (d) At sentencing _____ SAME _____

    (e) On appeal _____ SAME _____

    (f) In any post-conviction proceeding _____ PRO-SE _____

    (g) On appeal from any adverse ruling in a post-conviction proceeding _____ PRO-SE _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ☐  No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐  No ☒
    (a) If so, give name and location of court which imposed sentence to be served in the future: _____ NONE _____

    (b) Give date and length of the above sentence: _____ NONE _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐  No ☒

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_____ June 9, 2005 _____
(date)

_____ Kelly Churchill _____
Signature of Petitioner

(7)



Legal Mail

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

I/M Kelly Churchill
SBI# 328960  UNIT W-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

X-RAY