IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


KELLY CHURCHILL,                )
                                )
            Petitioner,         )
                                )
v.                              )       Civil Action No. 05-439-SLR
                                )
THOMAS CARROLL,                 )
Warden, and M. JANE             )
BRADY, Attorney                 )
General of the State            )
of Delaware,                    )
                                )
            Respondents.        )


**O R D E R**


            WHEREAS, you have filed a form petition for federal

habeas corpus relief pursuant to 28 U.S.C. § 2254; and

            WHEREAS, the Antiterrorism and Effective Death Penalty

Act of 1996 ("AEDPA"), 28 U.S.C. § 2244, effectively precludes

petitioners from filing a second or subsequent habeas petition

except in the most unusual of circumstances; and

            WHEREAS, the United States Court of Appeals for the

Third Circuit has mandated that, before ruling on the merits of

your petition, you must be given notice that the AEDPA applies to

your pending petition, see United States v. Miller, 197 F.3d 644

(3d Cir. 1999) and Mason v. Meyers, 208 F.3d 414 (3d Cir. 2000).

            NOW, THEREFORE, IT IS ORDERED this 12th day of July,

2005, that, on or before _August 23, 2005_ , you must file with

the Court, the attached election form.  Failure to timely return

the completed election form will result

in the Court's ruling on your pending petition as filed.


                                                                                                          United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

KELLY CHURCHILL,       )
                             )
       Petitioner,    )
                             )
v.                     )      Civil Action No. 05-439-SLR
                             )
THOMAS CARROLL,      )
Warden, and M. JANE  )
BRADY, Attorney      )
General of the State )
of Delaware,        )
                             )
       Respondents.   )

**AEDPA ELECTION FORM**

1. _____    I wish the Court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2. _____    I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3. _____    I wish to withdraw my § 2254 petition without prejudice to file one all-inclusive

petition in the future; that is, one
that raises all the grounds I have for
federal habeas corpus relief.  I realize
this all-inclusive petition must be filed
within the one-year period as defined by
28 U.S.C. § 2244(d).  See Swartz v. Meyers,
204 F.3d 417 (3d Cir. 2000).

4.  _____    I am not seeking federal habeas corpus
relief under § 2254.  I am instead seeking
relief under _____.

_____
Petitioner