CA05-439SLR

Proof of MAILING

