IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **KELLY CHURCHILL**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 05-439-SLR |
| | : | |
| **THOMAS L. CARROLL**, | : | |
| Warden, and **M. JANE BRADY**, | : | |
| Attorney General for the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, respondents move for an extension of time in which to file an answer to the petition. In support thereof, respondents state the following:

1. The petitioner, Kelly Churchill, has applied for federal habeas relief, challenging his October 2001 conviction in Delaware Superior Court for possession with intent to deliver cocaine. D.I. 1. By the terms of the Court's order, the answer is due to be filed on October 3, 2005.

2. Counsel for respondents is filing a supplemental answer today in another federal habeas petition in this Court in a complex case dating from 2000 on remand from the Third Circuit. Counsel was out of the office for a day and a half last week to attend the Attorney General's retreat. In addition, the undersigned has been and continues to be working on other cases before this Court and the state courts. In light of the situation, additional time is needed to complete the answer and have it reviewed in the ordinary course of business.

3. Under Habeas Rule 4, the Court has the discretion to give respondents an extension of time exceeding the 40-day limit in Civil Rule 81(a)(2). *Clutchette v. Rushen*, 770 F.2d 1469,

1473-74 & n.4 (9th Cir. 1985); *Kramer v. Jenkins*, 108 F.R.D. 429, 431-32 (N.D. Ill. 1985).

  4. This is respondents' first request for an extension of time in this case.

  5. Respondents submit that an extension of time to and including November 4, 2005 in which to file an answer is reasonable. Respondents submit herewith a proposed order.

                 /s/ Elizabeth R. McFarlan
                 Deputy Attorney General
                 Department of Justice
                 820 N. French Street
                 Wilmington, DE 19801
                 (302) 577-8500
                 Del. Bar. ID No. 3759

DATE: September 29, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2005, I electronically filed a motion for extension of time and attachments with the Clerk of Court using CM/ECF. I also hereby certify that on September 29, 2005, I have mailed by United States Service, two copies of the same documents to the following non-registered participant:

    Kelly Churchill
    SBI No. 378960
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

    /s/ Elizabeth R. McFarlan
    Deputy Attorney General
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8500
    Del. Bar. ID No. 3759
    elizabeth.mcfarlan@state.de.us