IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **KELLY CHURCHILL**, | : |
| | : |
| Petitioner, | : |
| | : |
| v. | : Civ. Act. No. 05-439-SLR |
| | : |
| **THOMAS L. CARROLL**, | : |
| Warden, and **M. JANE BRADY**, | : |
| Attorney General for the State of Delaware, | : |
| | : |
| Respondents. | : |

**ORDER**

This \_\_\_\_\_day of _____, 2005,

WHEREAS, respondents having requested an extension of time in which to file an answer, and

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that respondents' answer shall be filed on or before November 4, 2005.

_____
United States District Judge