IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **KELLY CHURCHILL**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 05-439-SLR |
| | : | |
| **THOMAS CARROLL**, | : | |
| Warden, and **M. JANE BRADY**, | : | |
| Attorney General of the State of | : | |
| Delaware, | : | |
| | : | |
| Respondents. | : | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Notice is hereby given that the certified copies of the following of the Delaware Supreme Court documents have been manually filed with the Court and are available in paper form only:

    a. Appellant's Opening Brief & Appendix  (No. 195, 2002)

    b. State's Answering Brief & Appendix (No. 195, 2002)

    c. Order (November 20, 2002) (No. 195, 2002)

    d. Order (February 10, 2005) (No. 546, 2004).

2. A certified copy of the Superior Court Criminal Docket in case number 0107004333 has also been manually filed with the Court and is available in paper form only.

                                            /s/ Elizabeth R. McFarlan
                                            Deputy Attorney General
                                            Department of Justice
                                            820 N. French Street
                                            Wilmington, DE 19801
                                            (302) 577-8500
                                            Del. Bar. ID No. 3759
                                            elizabeth.mcfarlan@state.de.us

November 4, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2005, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein. I also hereby certify that on November 4, 2005, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

    Kelly Churchill
    SBI No. 378960
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

    /s/ Elizabeth R. McFarlan
    Deputy Attorney General
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8500
    Del. Bar. ID No. 3759
    elizabeth.mcfarlan@state.de.us