Honorable Sue L. Robinson
United States District Judge

Thur.
Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570



10th July 2006

Re: Churchill vs. Attorney General of State
of Delaware et al.
Case Number: 1:05-cv-439
Civil Action No: 05-439-SLR

Honorable Sue L. Robinson,

Please pardon me for addressing you in this manner and using your valuable time, but I find that your respons and consideration concerning this matter is of the most importance to me, my family and my future. Please allow me to go further into details.

Concerning your Order dated the 10th day of August 2005 directing the Respondent(s) reply concerning my petition within 45-days (and) further by "Notice of Electronic Filing" dated the 30th day of September 2005 (3:53 PM/EDT) granting the Respondent(s)

Page Two (2) of Two
Honorable S. L. Robinson, Con'd.

~ ~ ~ deadline(s) date of 11-04-05.

I received a copy of the Deputy Attorney General of Delaware Answer, which, without question, shows that the Respondent(s) Did Not meet the deadline to file per your Honor order, since the Certified copy of petitioner Superior Court Criminal Docket-sheet shows that it wasn't printed out and sent by mail to the Respondent until 11-04-05 see your copy of "Superior Court Criminal Docket as of 11-04-05 attested to by Prothonotary-Sharon Agnew, sign by her designated assistant.

Your Honor, I've received no other correspondence from this Honorable Court or the Clerk of Court concerning this matter as of this date, although I did write you concerning this matter in March 2006. This communication is to respectfully request (that) your Honor inform me as to the status of my petition as-well as, am I to file any further corresponding with the Court. I'm 100% a layman, the institution (DCC) has refused to assist me concerning this matter due to the fact that the institution-Warden et al is the Respondent(s). With Best Wishes to you and yours, I plea with you to acknowledge the receipt of this communication.

With Respect and Sincerity,
Jeffy Churchill

I/M Kelly Churchill
SBI# 378960  UNIT (MNU) Bldg 22 C-8-u
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Honorable Sue L. Robinson
United States District Judge
Thur: Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570