IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

KELLY CHURCHILL,                )
                                )
          Petitioner,           )
                                )
v.                              )    Civil Action No. 05-439-SLR
                                )
THOMAS L. CARROLL,              )
Warden, and CARL C.             )
DANBERG, Attorney               )
General of the State of         )
Delaware,                       )
                                )
          Respondents.          )

**ORDER**

For the reasons set forth in the memorandum opinion issued
this date, IT IS HEREBY ORDERED that:

1.   Petitioner Kelly Churchill's application for a writ of
habeas corpus pursuant to 28 U.S.C. § 2254 is DENIED.  (D.I. 1)

2.   The court declines to issue a certificate of
appealability.  See 28 U.S.C. § 2253(c)(2).

Dated: July 20 , 2006

UNITED STATES DISTRICT JUDGE